IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CORTNEY MARTIN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, ET AL., )<br>)<br>    Defendants. ) | CASE NO. 4:20-cv-00189-TWP-DML |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Cortney Martin, and the Defendant, Utah Higher Education Assistance Agency ("UHEAA"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against UHEAA only are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

This 22nd day of March, 2021.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Counsel for Plaintiff*

*/s/Kyle J. Kaiser (with permission)*
Kyle J. Kaiser
ASSISTANT UTAH ATTORNEY GENERAL
160 East 300 South
6th Floor
P.O. Box 140856
Salt Lake City, UT 84114
(801) 366-0100
Fax: (801) 336-0101
Email: kkaiser@agutah.gov
*Counsel for Defendant, Utah Higher Education Assistance Agency*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 22nd day of March, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

              */s/ David W. Hemminger*
              David W. Hemminger